| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Foote, Elizabeth E. | U S District Court Western District of Louisiana | 02/05/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge-Nominee | [✓] Nomination, Date 2/4/2010 <br> [ ] Initial   [ ] Annual   [ ] Final <br> 5b. [ ] Amended Report | 1/1/2009 to 1/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 720 Murray Street Alexandria, LA 71301 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | The Smith Foote Law Firm, LLP |
| 2. Partner | 720 Murray Street-law office building partnership |
| 3. Board member | Catalyst Vidalia Corporation(Louisiana Hydroelectric, Ltd.) |
| 4. Immediate past president and Board member | Louisiana State Bar Association |
| 5. Board member | Louisiana Civil Justice Center |
| 6. Board member | Louisiana Bar Foundation |
| 7. Board of trustees member | Louisiana State University/Paul M. Hebert Law Center |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Future | Termination of Partnership Agreement-The Smith Foote Law firm |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | See Part VIII | $0.00 |
| 2. 2009 | The Smith Foote Law firm profits-ESTIMATED | $2,400,000.00 |
| 3. 2009 | Director fees-Cataylst Vidalia | $20,000.00 |
| 4. 2009 | Louisiana State Bar-travel expenses | $2,305.49 |
| 5. 2008 | The Smith Foote law firm profit allocation | $0.00 |
| 6. 2008 | Director fees-Catayist Vidalia | $20,000.00 |
| 7. 2008 | Louisiana State Bar--travel expenses | $1,376.00 |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | LA State Employees Retirement System--retired judge |
| 2. 2009 | LA State Employees Retirement System-retired judge |
| 3. 2009 | The Smith Foote Law Firm-share of partnership profit |
| 4. 2009 | LA Supreme Court teaching fee |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. EXEMPT | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

5.

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit Card | J |
| 2. Red River Bank | Line of credit for law firm/co-maker/guarantor | O |
| 3. Red River Bank | Real estate loan-law firm building/co-maker/guarantor | M |
| 4. Red River Bank | Personal loan-pledged CD against loan/co-maker/guarantor | J |
| 5. U. S. Treasury and LA Dept of Revenue | 2009 Federal income taxes-estimated | P1 |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 02/05/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo-Roth IRA | | | | | Exempt | | | | |
| 2. ----Templeton World Fund | A | Int./Div. | K | T | | | | | |
| 3. ----Van Kampen Capital Growth Fund | A | Int./Div. | K | T | | | | | |
| 4. ----Washington Mutual Investment Fund | A | Int./Div. | J | T | | | | | |
| 5. ING-Law Firm 401k | | | | | | | | | |
| 6. ----Vanguard VIF Diversified Value | A | Int./Div. | J | T | | | | | |
| 7. ----Fidelity VIP Contrafund Port | A | Int./Div. | J | T | | | | | |
| 8. ----ING AM Century SmMidCap Value | A | Int./Div. | J | T | | | | | |
| 9. ----Baron Growth Fund | A | Int./Div. | J | T | | | | | |
| 10. ----Oppenheimer Developing Mkts Fund | A | Int./Div. | J | T | | | | | |
| 11. Charles Schwab-IRA | | | | | | | | | |
| 12. ----Schwab Money Market | A | Int./Div. | J | T | | | | | |
| 13. ----Pimco Total return | A | Int./Div. | K | T | | | | | |
| 14. ----T Rowe Price Intl Bond | A | Int./Div. | J | T | | | | | |
| 15. ----Aston Montag & Caldwell Growth | A | Int./Div. | J | T | | | | | |
| 16. ----Calamos Growth Fund | A | Int./Div. | J | T | | | | | |
| 17. ----Columbia Value & Restructuring | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 02/05/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. ----Harbor International | A | Int./Div. | J | T | | | | | |
| 19. ----ING Global Real Estate | A | Int./Div. | J | T | | | | | |
| 20. ----Keeley Small Cap Value | A | Int./Div. | J | T | | | | | |
| 21. ----Longleaf Partners Fund | A | Int./Div. | J | T | | | | | |
| 22. ----Mainstay ICAP Intl Fund | A | Int./Div. | J | T | | | | | |
| 23. ----Selected American Shares | A | Int./Div. | J | T | | | | | |
| 24. ----T Rowe Price Emerging Markets Stk | A | Int./Div. | J | T | | | | | |
| 25. ----Westport Select Cap Fund | A | Int./Div. | J | T | | | | | |
| 26. Red River Bank checking | | None | K | T | | | | | |
| 27. Red River Bank savings | A | Interest | J | T | | | | | |
| 28. ING Savings | C | Interest | M | T | | | | | |
| 29. ING USA Annuity | B | Distribution | | | | | | | |
| 30. Prudential -IRA | | | | | | | | | |
| 31. ----AST T Rowe Price Large Cap | A | Int./Div. | K | T | | | | | |
| 32. ----AST Goldman Sachs Concentrated Growth | A | Int./Div. | K | T | | | | | |
| 33. ----AST Small Cap Value | A | Int./Div. | K | T | | | | | |
| 34. ----AST Neuberger Berman/LSV Mid Cap Value | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,000 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 02/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. ----AST International Growth | A | Int./Div. | K | T | | | | | |
| 36. American Funds 529 plan acct | | | | | | | | | |
| 37. ----American Funds Money Market | A | Int./Div. | K | T | | | | | |
| 38. ----Cash Management Trust of America | A | Int./Div. | | | | | | | |
| 39. ----American Balanced Fund | A | Int./Div. | K | T | | | | | |
| 40. Wells Fargo Roth IRA | | | | | | | | | |
| 41. ----John Hancock Regional Bank | A | Int./Div. | J | T | | | | | |
| 42. ----Templeton World Fund | A | Int./Div. | L | T | | | | | |
| 43. ----Washington Mutual Invs Fund | A | Int./Div. | K | T | | | | | |
| 44. ING-Law Firm 401k | | | | | | | | | |
| 45. ----ING Strategic Alloc Growth | A | Int./Div. | J | T | | | | | |
| 46. ----ING Strategic Alloc Mod Port | A | Int./Div. | K | T | | | | | |
| 47. ----ING Strategic Alloc Consv Port | A | Int./Div. | K | T | | | | | |
| 48. ----Fidelity VIP Contrafund | B | Int./Div. | K | T | | | | | |
| 49. ----Lord Abbett Mid-Cap Value | B | Int./Div. | K | T | | | | | |
| 50. ----Oppenheimer Developing Mkts | C | Int./Div. | K | T | | | | | |
| 51. ----ING International Value Port | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Chase Investments | | | | | | | | | |
| 53. ----JP Morgan US Tres Plus MMKT | A | Int./Div. | J | T | | | | | |
| 54. ----JPMorgan Chase & CO common | A | Dividend | K | T | | | | | |
| 55. ----AllianceBer Global Thematic Grth | A | Int./Div. | J | T | | | | | |
| 56. ----JPMorgan Intrepid Mid Cap | A | Int./Div. | J | T | | | | | |
| 57. ----JPMorgan Large Cap Grth | A | Int./Div. | J | T | | | | | |
| 58. Red River Bank-7 CDs | E | Interest | P1 | T | | | | | |
| 59. ING Savings | B | Interest | M | T | | | | | |
| 60. OM Financial Life Ins Company | | None | N | T | | | | | |
| 61. Charles Schwab | | | | | | | | | |
| 62. ----Cash acct | A | Interest | J | T | | | | | |
| 63. ----PMC Core Fixed Income | A | Int./Div. | J | T | | | | | |
| 64. ----PMC Diversified Equity | A | Int./Div. | K | T | | | | | |
| 65. Wells Fargo-3 FDIC Insured CD's | B | Interest | N | T | | | | | |
| 66. Chase Investment-AIM Global Small & Mid Cap Growth | A | Dividend | J | T | | | | | |
| 67. Genworth Financial Trust Co-GFAM ARO -100 Global 6 | D | Int./Div. | N | T | | | | | |
| 68. Merit Oil-royalty interest- Rapides Parish, LA | D | Royalty | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Note receivable-Smith Foote law firm--law firm operations | | None | N | U | | | | | |
| 70. 60 acres timber land- Rapides Parish,LA | | None | O | W | | | | | |
| 71. 1/2 int interest 17 acres land -Grant Parish, LA | | None | J | W | | | | | |
| 72. 1/2 interest 2 acres- Rapides Parish,LA | | None | J | W | | | | | |
| 73. 1/6 interest 720 Murray Street Company | B | Distribution | L | W | | | | | |
| 74. 1/3 interest 720 Murray Street Company (power of attorney) | E | Distribution | M | W | | | | | |
| 75. Chase checking acct | | None | J | T | | | | | |
| 76. Cash surrender surrender value-MetLife | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL STATEMENT

## NET WORTH

———

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 2 | 804 | 978 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 860 | 290 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | 349 | 000 | Accounts and bills due | | 12 | 500 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 91 | 190 |
| Real estate owned-add schedule | | 978 | 500 | Chattel mortgages and other liens payable | | 22 | 390 |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 140 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| IRA Accounts | | 659 | 564 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 126 | 080 |
| | | | | Net Worth | 5 | 666 | 252 |
| Total Assets | 5 | 792 | 332 | Total liabilities and net worth | 5 | 792 | 332 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 694 | 270 | Are any assets pledged? (Add schedule) | Yes | | |
| On leases or contracts | | | | Are you a defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | 2 | 250 | 000 | | | | |
| Other special debt | | | | | | | |